

March 6, 2018


**Via ECF**

The Honorable Joan N. Ericksen
United States District Court
12W United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota  55415

Re:     Stephanie Lunde v. The Cincinnati Insurance Company
        Court File Number 18-cv-0238 (JNE/HB)

Dear Judge Ericksen:

Plaintiff Stephanie Lunde respectfully requests that the Court strike the hearing that is currently scheduled for April 26, 2018 for Defendant Cincinnati Insurance Company's partial motion to dismiss.  The reason for this request is that defendant filed its motion in violation in Local Rule 7.1(a) without certifying that it met and conferred with Plaintiff's counsel concerning the motion.

The meet and confer obligation is particularly important in this case.  First, it is possible that the issues in dispute could be narrowed.  Second, and most importantly, Plaintiff intends to bring her own motion under Rule 12(c) for judgment on the pleadings at the earliest possible opportunity. We believe that the motions should be presented in a coordinated manner.  Presenting piecemeal motions in serial fashion would be a waste of judicial resources and would unnecessarily increase the cost to the parties.

This is of particular concern to Ms. Lunde who has already been deprived of her coverage for almost a year and has incurred hundreds of thousands of dollars in defense fees to obtain a complete dismissal of federal criminal charges that were improperly brought against her, as the Department of Justice has now acknowledged.  Ms. Lunde incurred those expenses without the benefit of the D&O insurance at issue in this case, and is now required to incur still additional costs to pursue coverage from Cincinnati.  Now that Cincinnati filed its partial Answer, we expect that Plaintiff's Rule 12(c) motion will be filed by April 3, 2018.  Both the Defendant's motion to dismiss and Plaintiff's Rule 12(c) motion will present the Court with legal questions and should be coordinated to avoid unnecessary costs and a waste of judicial resources.

Attorneys & Advisors  /  Fredrikson & Byron, P.A.
main  612.492.7000  /  200 South Sixth Street, Suite 4000
fax  612.492.7077  /  Minneapolis, Minnesota
fredlaw.com  /  55402-1425

MEMBER OF THE WORLD SERVICES GROUP  /  OFFICES
*A Worldwide Network of Professional Service Providers*  /  Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Saltillo, Mexico / Shanghai, China

Therefore, we respectfully request that the Court strike the April 26, 2018 hearing date in this matter and order the parties to meet and confer to present coordinated motions to the Court.

Respectfully submitted,

s/ Richard D. Snyder

Richard D. Snyder
**Direct Dial:** 612.492.7145
**Email:** rsnyder@fredlaw.com

RDS/mp/63453916

cc:     Thomas A. Harder, Esq. (Via ECF)
        Nancy K. Tordai, Esq. (Via ECF)
        Joseph T. Dixon, III, Esq. (Via ECF)
        Stephanie Lunde